IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WALLACE LOHMANN | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01976 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PAT S. GENIS

I, Pat S. Genis, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case

2. As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3. Attached here are true and correct copies of the following Internal Revenue Service transcripts relating to Wallace Lohmann, as of December 14, 2005, which have been marked as exhibits 1 through 4 follows:

   1. Summary transcript for tax years 1996 through 2003, showing tax assessments for those years and balances due for 2001, 2002 and 2003.

   2. Transcript for 2001.

   3. Transcript for 2002.

   4. Transcript for 2003.

4. The "MFT" codes "30" and "300" indicate income tax assessments

5. The "MFT" code "336" indicates an interest assessment.

6. The "MFT" codes "160", "170", and "276" indicate penalty assessments.

7. The "MFT" code "806" indicates excess withholding or FICA.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: December 28, 2005.

_/s/ Pat Genis_
PAT S. GENIS #446244

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:03:47 PM

IMFOLI▓▓▓▓▓▓▓▓▓▓              IMF INDEX        NM CTRL:LOHM
                                                              UP-CYC:50
WALLACE LOHMANN
ENTITY MF ACTIVE:48  FREEZE CODES:     -     AUDIT HISTORY: YES VESTIGIAL:   YES
TOTAL ASSESSED BAL:       9,667.10  (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
              MF                        INTEREST   FREEZE  POSTED         STAT
  MFT TXPD  FSC ACT TIF TOTAL MOD BALANCE COMP DTE  CODES  RETURN   ADJ   HIS
   30 199612  2  24  NO            .00   20030106    -I    POSTED   YES   12
   30 199712  2  24  NO            .00   20030106    -     POSTED   NO    12
   30 199812  2  24  NO            .00   20030106    -     POSTED   NO    12
   30 199912  2  24  NO            .00   20030106    -     ELF      NO    12
   30 200012  2  24  NO            .00   20030106    -     POSTED   YES   12
   30 200112  3  48  YES      4,055.82   20051212 T  -W    POSTED   YES   22
   30 200212  1  48  YES      5,041.04   20051212 T  -     SUBST4   YES   22
   30 200312  1  48  YES      1,835.15   20051212 N  -     SUBST4   YES   58
R  30 198812         CTRL-ULC:41    YR-REMOVED:1994
R  30 198912         CTRL-ULC:41    YR-REMOVED:1995
R  30 199012         CTRL-ULC:41    YR-REMOVED:1996
R  30 199112         CTRL-ULC:41    YR-REMOVED:1997
R  30 199212         CTRL-ULC:41    YR-REMOVED:1998
R  30 199312         CTRL-ULC:41    YR-REMOVED:1999
R  30 199412         CTRL-ULC:41    YR-REMOVED:2000
R  30 199512         CTRL-ULC:41    YR-REMOVED:2001
                 PAGE 001 OF 001        IMFPG 001
```



GOVERNMENT EXHIBIT

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:07 PM

TXMODA              MFT>30  TX-PRD>200112   PLN-NUM>     NM-CTRL>LOHM
29247-        DLN                                        BOD-CD>WI
                                MF-XTRCT-CYC>200548 SC-REASON-CD>33
SC-STS>72  MOD-BAL>       3,462.88  CYC>200525
MF-STS>22  MOD-BAL>       3,462.88  CYC>200451 TODAYS-DT>12/14/2005
            LAST-NOTICE>091              PRIMARY-LOC>4115        ACS>1
-----------------------------              COLLECT-LOC>15
ASED>08242007 FRZ>T  -W   |              COLLECTION-ASGMT>15000000
CSED>         INTL>       |    FMS-CD>1         MOD-YLD-SCOR>02163
RSED>10152005             |
-----------------------------
CS-CTRL-INFO>ONE OPEN CASE      CLSD-CTRL-CYC>200432 LST-CS-CTRL-ACTY>06232005
C#  STATUS  ACT-DT   ACTION-EMP  ACTIVITY  RCVD-DT  ASSIGN-TO  CAT  ORG F S
02    M    06232005  1073500754  2APPLS   04152005 1073500001  TPCI        G
---------------------------POSTED RETURN INFORMATION---------------------------
RET-RCVD-DT>02242003  MO-DELQ>5
FS>3   NUM-EXEMPT>01                 MF-P>1
AGI>    28,301.00
TXI>    21,601.00
------------------------------RETURN TRANSACTION------------------------------
     T/C  POSTED    TRANS-AMOUNT       CYC    T      DLN
     150  04072003         0.00      200313       36221-067-42902-3

Employee #6914329339 Page 001 of 005  PAGE  002
```



GOVERNMENT EXHIBIT 2

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:10 PM

TXMODA█████████████     MFT>30   TX-PRD>200112   PLN-NUM>        NM-CTRL>LOHM
-----------  --------------POSTED TRANSACTIONS SECTION--------------------------
       T/C  POSTED     TRANS-AMOUNT    CYC    T     DLN
       460  04152002          0.00   200219        09217-083-43207-2
                                                                    EXT-DT>08152002
       460  04152002          0.00   200237        09277-237-17888-2
                                                                    EXT-DT>10152002
       424R 02272003          0.00   200310        29277-058-20000-3    SOURCE-CD>24
                               PBC>298    SBC>00000  EGC>5240   PUSH-CD>021
       420  03272003          0.00   200314        29277-086-00000-3
                               PBC>298    SBC>00000  EGC>5270
       170  09202004        105.94   200436        29247-643-00160-4
       160  09202004        549.00   200436        29247-643-00160-4
       806  04152002        804.00-  200436        29247-643-00160-4
       300  09202004      3,244.00   200436        29247-643-00160-4
                                                                         PRT-CD>9
                            DISP-CD>10 ASED>       08242007
       421  09202004          0.00   200436     X  29247-643-00160-4
       336  09202004        367.94   200436        29247-643-00160-4
       971  11202004          0.00   200448        76277-727-05733-4    971-CD>611
       971  02072005          0.00   200504        29277-999-99999-5    971-CD>061
       972  12252004          0.00   200504        18277-763-58635-4    971-CD>061
       971  02072005          0.00   200505        28277-001-99999-5    971-CD>060
Employee #6914329339 Page 002 of 005  PAGE    003
```

```
Station Name: DLS0149001 D  e: 12/14/2005 Time: 12:04:1   M

TXMODA                  MFT>30   TX-PRD>200112    PLN-NUM>       NM-CTRL>LOHM
     971   03212005         0.00   200510    28277-902-07010-5          971-CD>062
     971   03212005         0.00   200510    41277-999-99999-5          971-CD>069
     971   05302005         0.00   200520    41277-999-99999-5          971-CD>169
     971   04152005         0.00   200521    89277-537-09770-5          971-CD>275
     972   06062005         0.00   200522    28277-001-99999-5          971-CD>060
     971   04122005         0.00   200524    18277-557-04215-5          971-CD>066
     520   04152005         0.00   200527    89277-578-04783-5    COLL-CLS-CD>77
                                                                 CSED-EXT-IND>P
-----------------------------NOTICE HISTORY SECTION----------------------------
  NOTICE         AMOUNT          CYC   S   AO
  CP022         3,462.88       200436  M   15      SUPPRESS-CD>0
  DAS           3,462.88       200436  M   15
  CP503         3,494.00       200441  I   15      SUPPRESS-CD>0
  CP504         3,526.14       200446  I   15      SUPPRESS-CD>0
  CPDP2         3,570.48       200450  I   15      SUPPRESS-CD>0
  DAS           3,573.84       200451  I   15
  CP090         3,671.19       200510  M   15      SUPPRESS-CD>0
  CP091         3,760.08       200520  M   15      SUPPRESS-CD>0
----------------------CONTROL BASE AND HISTORY INFORMATION---------------------
C#   STATUS   ACT-DT     ACTION-EMP    ACTIVITY    RCVD-DT   ASSIGN-TO   CAT   ORG  F  S
01      M    01062003   0469458255    L.SCOTT     10282002  0469401111  AUDT         G
        M    01132003   0469458255    FRIVMAIL    10282002  0469427235  AUDT         G
Employee #6914329339 Page 003 of 005   PAGE   004
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:16 PM

TXMODA█████████████  MFT>30  TX-PRD>200112   PLN-NUM>     NM-CTRL>LOHM
         M    02242003  0469427235  IRP/SFR      10282002 0469408888 AUDT         G
         M    03262003  0469458300  REASSIGN     10282002 0462500000 AUDT         G
         M    04232003  0462535247  ASSIGN       10282002 0462500000 AUDT         G
         A    07222003  0462535247  ASSIGN       07222003 0462535247 AUDT         G
         A    11132003  0462535247  SENDL1862    07222003 0462535247 AUDT         G
         A    03172004  0462546610  REASSIGN     03172004 0462546610 AUDT         G
         A    03222004  0462546610  SEND90DAYS   03172004 0462546610 AUDT         G
         C    08102004  0462258674  DFLT         08102004 0462258674 AUDT         G
02       A    05172005  1072705551  CDPLV        04152005 1072799999 TPCI         G
         A    05182005  1073531621  CDPLV        04152005 1073500754 TPCI         G
         A    05262005  1073500754  ESTAB/0616   04152005 1073500754 TPCI         G
         M    06232005  1073500754  2APPLS       04152005 1073500001 TPCI         G
H             12192002  0469458255  MOD UPDATE                                    R
H             12232004  0688888888  STAUP2200                                     X
-------------------------SERVICE CENTER HISTORY SECTION-------------------------
  SC-STS  DATE       STATUS-AMOUNT    CYC
    12    01192004          0.00    200401
    21    09202004      3,462.88    200436
    56    10252004      3,462.88    200441
    58    11292004      3,462.88    200446
   48D    12272004 NXT>505           200450 MIN-NUM-DELAY>06
    50    01032005 NXT>505           200451 MIN-NUM-DELAY>00
Employee #6914329339 Page 004 of 005   PAGE   005
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:21 PM

TXMODA               MFT>30  TX-PRD>200112    PLN-NUM>      NM-CTRL>LOHM
   22    01032005           3,462.88   200451
   72    07042005           3,462.88   200525
---------------------------MASTER FILE HISTORY SECTION--------------------------
MF-STS   DATE      STATUS-AMOUNT    CYC
   04    05202002  EXT-DT>20021015  200219
   12    04072003           0.00    200313
   21    09202004        3,462.88   200436
   56    10252004        3,462.88   200441
   58    11292004        3,462.88   200446
   22    01032005        3,462.88   200451
```

Employee #6914329339 Page 005 of 005   PAGE   001

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:21 PM

```
TXMODA               MFT>30  TX-PRD>200112    PLN-NUM>      NM-CTRL>LOHM
   22    01032005           3,462.88   200451
   72    07042005           3,462.88   200525
---------------------------MASTER FILE HISTORY SECTION--------------------------
MF-STS   DATE      STATUS-AMOUNT    CYC
   04    05202002  EXT-DT>20021015  200219
   12    04072003           0.00    200313
   21    09202004        3,462.88   200436
   56    10252004        3,462.88   200441
   58    11292004        3,462.88   200446
   22    01032005        3,462.88   200451
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:3...M

TXMODA4░░░░░░░░░░░    MFT>30   TX-PRD>200212   PLN-NUM>    NM-CTRL>LOHM
29247-7░░-░░░░-4<DLN                                        BOD-CD>WI
                                      MF-XTRCT-CYC>200548 SC-REASON-CD>6T
SC-STS>22  MOD-BAL>        4,392.54  CYC>200504
MF-STS>22  MOD-BAL>        4,392.54  CYC>200504 TODAYS-DT>12/14/2005
                LAST-NOTICE>DAS             PRIMARY-LOC>4115          ACS>1
                                             COLLECT-LOC>15
----------------------------
ASED>       FRZ>T    -    |                  COLLECTION-ASGMT>15000000
CSED>11152014 INTL>       |     FMS-CD>8              MOD-YLD-SCOR>02766
RSED>04152006              |
----------------------------
CS-CTRL-INFO>ALL CS CTRL CLSD     CLSD-CTRL-CYC>200531 LST-CS-CTRL-ACTY>08032005
-------------------------POSTED RETURN INFORMATION----------------------------
RET-RCVD-DT>04292004     MO-DELQ>5
FS>1   NUM-EXEMPT>01
AGI>    31,297.00
TXI>    23,597.00
-------------------------------RETURN TRANSACTION----------------------------
      T/C  POSTED   TRANS-AMOUNT         CYC    T      DLN
      150  05172004                0.00  200418     29210-888-00000-4    SFR


Employee #6914329339 Page 001 of 004  PAGE   002
```



GOVERNMENT EXHIBIT 3

Station Name: DLS0149001    ᴅe: 12/14/2005 Time: 12:04:ᴸ  PM

```
TXMODA███████████     MFT>30  TX-PRD>200212   PLN-NUM>      NM-CTRL>LOHM
--------------------------POSTED TRANSACTIONS SECTION--------------------------
      T/C  POSTED     TRANS-AMOUNT    CYC     T      DLN
      424R 04292004           0.00   200418   29277-120-20000-4     SOURCE-CD>24
                                     SPCL-PROJ>0313
                              PBC>298    SBC>00000   EGC>5239   PUSH-CD>036
      570  05172004           0.00   200418          29210-888-00000-4
      420  05062004           0.00   200419          29277-127-00000-4
                              PBC>298    SBC>00000   EGC>5239
      170  11152004         108.14   200444          29247-700-00660-4
                                                                    CSED>20141115
      160  11152004         683.10   200444          29247-700-00660-4
                                                                    CSED>20141115
      806  04152003        200.00-   200444          29247-700-00660-4
      300  11152004       3,236.00   200444          29247-700-00660-4
                              CSED>20141115                  PRT-CD>9
                              DISP-CD>10 ASED>       10222007
      421  11152004           0.00   200444   X  29247-700-00660-4
      336  11152004         276.88   200444          29247-700-00660-4
      276  11152004         288.42   200444          29247-700-00660-4
      971  12252004           0.00   200504          76277-762-88440-4      971-CD>611
      971  02212005           0.00   200506          29277-999-99999-5      971-CD>061
```

Employee #6914329339 Page 002 of 004   PAGE    003

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:40 M

TXMODA████████████     MFT>30   TX-PRD>200212   PLN-NUM>      NM-CTRL>LOHM
-----------------------------NOTICE HISTORY SECTION----------------------------
  NOTICE         AMOUNT          CYC    S   AO
  CP022         4,392.54        200444  M   15     SUPPRESS-CD>0
  DAS           4,392.54        200444  M   15
  CP503         4,443.95        200449  I   15     SUPPRESS-CD>0
  CP504         4,452.41        200451  I   15     SUPPRESS-CD>0
  CPDP2         4,499.76        200503  I   15     SUPPRESS-CD>0
  DAS           4,504.02        200504  I   15     SCND-TDA-SEL>A
-----------------------CONTROL BASE AND HISTORY INFORMATION--------------------
C#   STATUS   ACT-DT     ACTION-EMP    ACTIVITY   RCVD-DT    ASSIGN-TO    CAT    ORG F S
01    A       04182005   1073330891    BDCORR     02242005   1073300001   TPCI         G
      A       04182005   1072827046    BDCORR     02242005   1072824442   TPCI         G
      C       04182005   1072824442    BDCORR     02242005   1072824442   TPCI         G
02    A       07302005   1073107931    BDCORR     07062005   1073300001   TPCI         G
      A       08022005   1072827046    BDCORR     07062005   1072824442   TPCI         G
      C       08032005   1072824442    BDCORR     07062005   1072824442   TPCI         G
H             01272005   0688888888    STAUP2200                                       X
-------------------------SERVICE CENTER HISTORY SECTION------------------------
SC-STS    DATE       STATUS-AMOUNT      CYC
  21    11152004        4,392.54      200444
  56    12202004        4,392.54      200449
  58    01032005        4,392.54      200451
Employee #6914329339  Page 003 of 004   PAGE   004
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:43 PM

TXMODA███████████  MFT>30  TX-PRD>200212   PLN-NUM>        NM-CTRL>LOHM
  48D   01312005 NXT>505              200503 MIN-NUM-DELAY>06
   50   02072005 NXT>505              200504 MIN-NUM-DELAY>00
   22   02072005          4,392.54    200504
---------------------------MASTER FILE HISTORY SECTION--------------------------
MF-STS   DATE       STATUS-AMOUNT    CYC
   21   11152004          4,392.54   200444
   56   12202004          4,392.54   200449
   58   01032005          4,392.54   200451
   22   02072005          4,392.54   200504




Employee #6914329339 Page 004 of 004  PAGE   001
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:43 PM

TXMODA███████████  MFT>30  TX-PRD>200212   PLN-NUM>        NM-CTRL>LOHM
  48D   01312005 NXT>505              200503 MIN-NUM-DELAY>06
   50   02072005 NXT>505              200504 MIN-NUM-DELAY>00
   22   02072005          4,392.54    200504
---------------------------MASTER FILE HISTORY SECTION--------------------------
MF-STS   DATE       STATUS-AMOUNT    CYC
   21   11152004          4,392.54   200444
   56   12202004          4,392.54   200449
   58   01032005          4,392.54   200451
   22   02072005          4,392.54   200504
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:55 PM

TXMODA             MFT>30  TX-PRD>200312   PLN-NUM>     NM-CTRL>LOHM
29247-676-00622-5<DLN                                   BOD-CD>WI
                                      MF-XTRCT-CYC>200548 SC-REASON-CD>6N
SC-STS>58  MOD-BAL>       1,811.68  CYC>200546
MF-STS>58  MOD-BAL>       1,811.68  CYC>200546 TODAYS-DT>12/14/2005
              LAST-NOTICE>504           PRIMARY-LOC>4115          ACS>1
                                         COLLECT-LOC>15
-----------------------------
ASED>       FRZ>N   -    |            COLLECTION-ASGMT>15000000
CSED>10242015 INTL>      |
RSED>04152007            |
-----------------------------                    DEFER-ACT-IND>1
CS-CTRL-INFO>NO CASE CONTROLS
-------------------------POSTED RETURN INFORMATION---------------------------
RET-RCVD-DT>03112005    MO-DELQ>5
FS>1  NUM-EXEMPT>01
AGI>    18,611.00
TXI>    10,811.00
-------------------------------RETURN TRANSACTION----------------------------
      T/C  POSTED    TRANS-AMOUNT        CYC    T       DLN
      150  03282005             0.00  200511       29210-888-00000-5    SFR


Employee #6914329339 Page 001 of 003  PAGE   002
```



```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:55 PM

TXMODA             MFT>30  TX-PRD>200312   PLN-NUM>     NM-CTRL>LOHM
29247-676-00622-5<DLN                                   BOD-CD>WI
                                      MF-XTRCT-CYC>200548 SC-REASON-CD>6N
SC-STS>58  MOD-BAL>       1,811.68  CYC>200546
MF-STS>58  MOD-BAL>       1,811.68  CYC>200546 TODAYS-DT>12/14/2005
              LAST-NOTICE>504           PRIMARY-LOC>4115          ACS>1
                                         COLLECT-LOC>15
-----------------------------
ASED>       FRZ>N   -    |            COLLECTION-ASGMT>15000000
CSED>10242015 INTL>      |
RSED>04152007            |
-----------------------------                    DEFER-ACT-IND>1
CS-CTRL-INFO>NO CASE CONTROLS
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:04:59 .M

TXMODA█████████      MFT>30  TX-PRD>200312   PLN-NUM>      NM-CTRL>LOHM
-------------------------POSTED TRANSACTIONS SECTION-------------------------
    T/C  POSTED     TRANS-AMOUNT   CYC    T     DLN
    424R 03112005         0.00    200511     29277-070-20000-5    SOURCE-CD>24
                                       SPCL-PROJ>0313
                           PBC>298   SBC>00000   EGC>5239   PUSH-CD>036
    570  03282005         0.00    200511     29210-888-00000-5
    420  03172005         0.00    200512     29277-076-00000-5
                           PBC>298   SBC>00000   EGC>5239
    160  10242005       286.65    200541     29247-676-00622-5
                                                             CSED>20151024
    300  10242005     1,274.00    200541     29247-676-00622-5
                              CSED>20151024                   PRT-CD>9
                         DISP-CD>10 ASED>       09282008
                           ABST-NUM     ABST-AMT      ABST-NUM     ABST-AMT
                               887         0.01           888     18,611.00
                               886     10,811.00
    421  10242005         0.00    200541   X 29247-676-00622-5
    336  10242005       130.00    200541     29247-676-00622-5
    276  10242005       121.03    200541     29247-676-00622-5
    971  11192005         0.00    200548     76277-725-06564-5      971-CD>611


Employee #6914329339 Page 002 of 003  PAGE   003
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:05:01 AM

TXMODA█████████      MFT>30   TX-PRD>200312   PLN-NUM>      NM-CTRL>LOHM
-----------------------------NOTICE HISTORY SECTION---------------------------
  NOTICE         AMOUNT          CYC   S  AO
  CP022         1,811.68       200541  M  15    SUPPRESS-CD>0
  DAS           1,811.68       200541  M  15
  CP504         1,830.25       200546  I  15    SUPPRESS-CD>0
-------------------------SERVICE CENTER HISTORY SECTION-----------------------
SC-STS    DATE       STATUS-AMOUNT      CYC
   21   10242005         1,811.68     200541
   58   11282005         1,811.68     200546
--------------------------MASTER FILE HISTORY SECTION-------------------------
MF-STS    DATE       STATUS-AMOUNT      CYC
   21   10242005         1,811.68     200541
   58   11282005         1,811.68     200546




Employee #6914329339 Page 003 of 003   PAGE   001
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:03:23 .M

INOLES4████████████  CURRENT IMF N/C LOHM   LOC CODE  4115-15   LUC 200504
CURRENT IMF NAMELINE                        ADDRESS UPDATE CYCLE  200017
WALLACE LOHMANN                             PRIOR IMF NAMELINES
750 W 3RD ST                                TAXYR 2001 FSC 3 SPSSN ████████9
ZUMBROTA              MN 55992-1040 500     WALLACE LOHMANN
TAXYR 2002  FSC 1                           TAXYR 1996 FSC 2 SPSSN█████████
                                            WALLACE & ROSE MARY LOHMANN
                                            PRI TXPR NAMELN
IMF N/C  LOHM                               WALLACE LOHMANN
SSA N/C  LOHM
   UPDT 09131999 DOB 11171925 DOD 00000000
SCRAMBLED SSN 0 MFR 02 FYM 12 DEBT IND I
BOD CD WI BOD CLIENT CD       EITC IND 0
```

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the DECLARATION OF PAT S. GENIS and EXHIBITS 1-4

were served on December 28, 2005, by mailing, postage prepaid, addressed to:

    Wallace Lohmann
    750 W. 3rd Street
    Zumbrota, MN 55992

    /s/ Pat S. Genis
    PAT S. GENIS   #446244