IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WALLACE LOHMANN | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01976 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are substantially identical to that filed in this matter:

1. Grant Holyoak v. United States, Civil No. 1:05-1829 (HHK)

2. Brent & Rhonda Gross v. United States, Civil No. 1:05-1818 (JR)

3. Lee F. Garvin v. United States, Civil No. 1:05-1775 (RBW)

4. Sandra Shoemaker v. United States, Civil No. 1:05-1736 (RWR)

5. Matthew Brandt v. United States, Civil No. 1:05-1613 (ESH)

6. Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656 (GK)

7. Lavern Koerner v. United States, Civil No. 1:05-1600 (ESH)

8. Charles Radcliffe v. United States, Civil No. 1:05-1624 (ES)

9. Wallace Lohmann v. United States, Civil No. 1:05-1976 (HHK)

10. Bruce & Elise Travis v. United States, Civil No. 1:05-1867 (RCL)

    11.    Daniel & Donna Turner v. United States, Civil No. 1:05-1716 (JDB)

    13.    Carol Cooper v. United States, Civil No. 1:05-1192 (RBW)

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED:    December 28, 2005.

        Respectfully submitted,

        <u>/s/ Pat S. Genis</u>
        PAT S. GENIS #446244
        Trial Attorney, Tax Division
        United States Department of Justice
        Post Office Box 227
        Washington, DC 20044
        Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Related Cases was made on December 28, 2005, by mailing, postage prepaid, addressed to:

Wallace Lohmann
750 W. 3rd Street
Zumbrota, MN 55992

<u>/s/ Pat S. Genis</u>
PAT S. GENIS   #446244

- 3 -

1483671.11