IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WALLACE LOHMANN | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01976 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are substantially identical to that filed in this matter:

1. Grant Holyoak v. United States, Civil No. 1:05-1829 (HHK)

2. Brent & Rhonda Gross v. United States, Civil No. 1:05-1818 (JR)

3. Lee F. Garvin v. United States, Civil No. 1:05-1775 (RBW)

4. Sandra Shoemaker v. United States, Civil No. 1:05-1736 (RWR)

5. Matthew Brandt v. United States, Civil No. 1:05-1613 (ESH)

6. Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656 (GK)

7. Lavern Koerner v. United States, Civil No. 1:05-1600 (ESH)

8. Charles Radcliffe v. United States, Civil No. 1:05-1624 (ES)

9. Wallace Lohmann v. United States, Civil No. 1:05-1976 (HHK)

10. Bruce & Elise Travis v. United States, Civil No. 1:05-1867 (RCL)

11.    Daniel & Donna Turner v. United States, Civil No. 1:05-1716 (JDB)

13.    Carol Cooper v. United States, Civil No. 1:05-1192 (RBW)

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED:    December 28, 2005.

                            Respectfully submitted,

                            <u>/s/ Pat S. Genis</u>
                            PAT S. GENIS #446244
                            Trial Attorney, Tax Division
                            United States Department of Justice
                            Post Office Box 227
                            Washington, DC 20044
                            Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Related Cases was made on December 28, 2005, by mailing, postage prepaid, addressed to:

>Wallace Lohmann
>750 W. 3rd Street
>Zumbrota, MN 55992

>/s/ Pat S. Genis
>PAT S. GENIS   #446244