IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALLACE LOHMANN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:05-cv-1976 (HHK) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT**

Under Fed.R.Civ.P. 12(b), the United States respectfully requests that the Court dismiss this action. As grounds for this motion, the United States asserts that plaintiff failed to properly serve the United States, and failed to exhaust his administrative remedies prior to filing suit.

Specifically, plaintiff Wallace Lohmann, a party, attempted to effect service on the United States, and plaintiff has not demonstrated that he filed an administrative claim for damages, which is required before the United States' sovereign immunity is waived. See 26 U.S.C. § 7433(a); McGuirl v. United States, 360 F.Supp.2d 125, 128 (D.D.C. 2004).

Attached is a memorandum in support of this motion. The specific relief sought by this motion is an order dismissing this case.

DATED: April 10, 2006.                                     Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Phone/Fax: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT was served upon plaintiff *pro se* on April 10, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Wallace Lohman
>750 W. 3rd Street
>Zumbrota, MN 55992


                        /s/ Pat S. Genis
                        PAT S. GENIS, #446244