IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WALLACE LOHMANN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:05-cv-1976 (HHK) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court, having considered the United States Motion to Dismiss Amended Complaint, any opposition thereto, and the entire record in this matter, it is

ORDERED that the amended complaint is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

SO ORDERED this ____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Wallace Lohman
750 W. 3rd Street
Zumbrota, MN 55992

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the proposed ORDER was served upon plaintiff *pro se* on April 10, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> Wallace Lohman
> 750 W. 3rd Street
> Zumbrota, MN 55992

>               /s/ Pat S. Genis
>               PAT S. GENIS, #446244