# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Wallace Lohmann,

Plaintiff(s),

v.

United States

Defendant.

Case No. **1:05-cv-01976** HHK

ADDENDUM TO COMPLAINT No.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency




RECEIVED

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

action.

## FINDINGS MUST BE BASED UPON EVIDENCE

Even if administrative exhaustion is a question of law, the exceptions to the administrative exhaustion requirement that have heretofore been mentioned, in Koerner (both cases)[1], Turner, and in the instant case, involve findings of fact which should, in keeping with Arbaugh, be within the province of a jury. In the instant case, a jury finding that IRS was willing to reconsider a position (Randolph-Sheppard), or was unbiased (McCarthy), would naturally *and properly* result in the legal conclusion that no exception(s) to the exhaustion requirement are applicable; an adverse jury finding, however, of IRS intransigence, or bias, would necessarily and properly result in the legal conclusion that one or more exception(s) to the exhaustion requirement do apply. The legal conclusion that Plaintiff failed to exhaust an administrative remedy to which no exception applies may only be based upon a finding of facts; a finding of the jury. I/we believe that a proper reading of the statute supports this argument.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that demonstrates that the IRS is unwilling to

[1] No. 05-1600 (D.D.C. Oct 26, 2005; 06-0024, D.D.C. Mar. 31, 2006

reconsider the position taken in the attached correspondence[2] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing the instant action.

Dated 6/27, 2006

Wallace Lohmann

Wallace Lohmann
750 W 3rd St
Zumbrota, Mn 55992

Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Minnesota, personally appeared, Wallace Lohmann, known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that the facts herein are true according to his/her/their best knowledge and belief and that he/she/they executed the same as his/her/their free act and deed.

Michelle Gascoigne

Notary, State of Minnesota

MICHELLE RENEE GASCOIGNE
Notary Public
Minnesota
My Commission Expires January 31, 2010

[2] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat Ginis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated 6/27/ , 2006

Wallace Lohmann
Wallace Lohmann

IRS Department of the Treasury
Internal Revenue Service
KANSAS CITY, MO 64999-0029

Notice Number: CP 91
Notice Date: JUNE 19, 2006
Social Security Number:
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

Collection Assistance:
1-800-829-7650
*(Asistencia en español disponible)*
Caller ID: 256334

WALLACE LOHMANN
750 W 3RD ST
ZUMBROTA MN 55992-1040500



001387

**Final Notice Before Levy On Social Security Benefits**

Our records indicate the federal tax you owe has not been paid, although we have previously advised you of your appeal rights and asked you to pay it. The law allows the IRS to take up to 15% of your Social Security benefits to pay your overdue taxes. **We will proceed with levy action** if you do not pay the full amount you owe, request an appeals hearing, or contact us to resolve the tax matter within 30 days from the date of this notice.

We have identified the following Social Security account information:

**Social Security Claim Account Number:** 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
**Beneficiary's Own Account Number:** 470340141

**To avoid this levy action against your Social Security benefits:**

**If You Can Pay The Amount You Owe In Full;**

- Make your check or money order payable to the United States Treasury.
- Write your Social Security Number, the form number(s), and tax period(s) on your payment.
- Send your payment and the attached payment stub to us in the enclosed envelope.

You will find the amount you owe listed on the next page. The amount you owe includes tax, penalties, and interest. Penalty and interest charges, known as statutory additions, are detailed on the following pages and continue to accrue until you pay the total amount in full.

**If You Cannot Pay The Amount You Owe In Full;**

It is important that you call us immediately at the telephone number listed above. Please be prepared to tell us your monthly income and expenses so we can help you resolve this tax matter. We may be able to set up a payment arrangement. Or, if we determine that you cannot pay any of your tax debt due to a significant hardship, we may temporarily delay collection until your financial condition improves.

**Contact Us (Within 30 days from the date of this notice)**

Please do not contact the Social Security Administration regarding your federal tax matter. If you have any questions, please call the IRS at the above telephone number or write to us at the address located on the return stub found on the second page of this notice. **We want to help you resolve this matter, so please call us if you need assistance.**

**Authorized Representative**

If you wish to have someone else contact us to resolve this tax matter, complete Form 2848, *Power of Attorney and Declaration of Representative*, and send it to us in the enclosed envelope. You can get this form at your local IRS office, by calling 1-800-829-3676, or from our website at www.irs.gov. For your information, we have enclosed Publication 4134. This publication provides a list of Low Income Taxpayer Clinics that assist low-income taxpayers for free or for a nominal charge.

Enclosures:
Publication 4134
Copy of this notice
Envelope

## ACCOUNT INFORMATION

WALLACE LOHMANN 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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2002 | $4,392.54 | $470.58 | $456.79 | $5,319.91 |
| 1040A | DEC. 31, 2003 | $1,811.68 | $95.55 | $84.60 | $1,991.83 |



001387

**Payment Stub** Fold and return this page with your request, inquiry, or payment.

WI CP -91

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

**Your Telephone Number:**

( ) ______ - ____________

**Best Time to Call**

_____ AM _____ PM

Amount you owe: $7,311.74
Less payments not included
Adjusted amount

Internal Revenue Service
KANSAS CITY, MO 64999-0029

WALLACE LOHMANN
750 W 3RD ST
ZUMBROTA MN 55992-1040500

IRS Department of the Treasury
Internal Revenue Service
KANSAS CITY, MO 64999-0029

Notice Number: CP 91
Notice Date: JUNE 19, 2006
Social Security Number:
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

Collection Assistance:
1-800-829-7650
*(Asistencia en español disponible)*
Caller ID: 256334

WALLACE LOHMANN
750 W 3RD ST
ZUMBROTA MN 55992-1040500

001388

**Final Notice Before Levy On Social Security Benefits**

Our records indicate the federal tax you owe has not been paid, although we have previously advised you of your appeal rights and asked you to pay it. The law allows the IRS to take up to 15% of your Social Security benefits to pay your overdue taxes. **We will proceed with levy action** if you do not pay the full amount you owe, request an appeals hearing, or contact us to resolve the tax matter within 30 days from the date of this notice.

We have identified the following Social Security account information:

**Social Security Claim Account Number:** 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
**Beneficiary's Own Account Number:** 470340141

**To avoid this levy action against your Social Security benefits:**

**If You Can Pay The Amount You Owe In Full;**

- Make your check or money order payable to the United States Treasury.
- Write your Social Security Number, the form number(s), and tax period(s) on your payment.
- Send your payment and the attached payment stub to us in the enclosed envelope.

You will find the amount you owe listed on the next page. The amount you owe includes tax, penalties, and interest. Penalty and interest charges, known as statutory additions, are detailed on the following pages and continue to accrue until you pay the total amount in full.

**If You Cannot Pay The Amount You Owe In Full;**
It is important that you call us immediately at the telephone number listed above. Please be prepared to tell us your monthly income and expenses so we can help you resolve this tax matter. We may be able to set up a payment arrangement. Or, if we determine that you cannot pay any of your tax debt due to a significant hardship, we may temporarily delay collection until your financial condition improves.

**Contact Us (Within 30 days from the date of this notice)**
Please do not contact the Social Security Administration regarding your federal tax matter. If you have any questions, please call the IRS at the above telephone number or write to us at the address located on the return stub found on the second page of this notice. **We want to help you resolve this matter, so please call us if you need assistance.**

**Authorized Representative**
If you wish to have someone else contact us to resolve this tax matter, complete Form 2848, *Power of Attorney and Declaration of Representative*, and send it to us in the enclosed envelope. You can get this form at your local IRS office, by calling 1-800-829-3676, or from our website at www.irs.gov. For your information, we have enclosed Publication 4134. This publication provides a list of Low Income Taxpayer Clinics that assist low-income taxpayers for free or for a nominal charge.

Enclosures:
Publication 4134
Copy of this notice
Envelope

## ACCOUNT INFORMATION

WALLACE LOHMANN 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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040 | DEC. 31, 2001 | $3,554.88 | $488.00 | $390.55 | $4,433.43 |



001388

Cut Here Use this stub to return your request, inquiry or payment.

WI CP 91

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

Your Telephone Number:

( ) _____-__________

Best Time to Call

____ AM ____ PM

Amount you owe: $4,433.43
Less payments not included
Adjusted amount

Internal Revenue Service
KANSAS CITY, MO 64999-0029

WALLACE LOHMANN
750 W 3RD ST
ZUMBROTA MN 55992-1040500

470340141 PL LOHM 30 0 200112 670 00000443343

IRS Department of the Treasury Internal Revenue Service

0081663
BOD CD-WI

PO BOX 149338
AUSTIN TX 78714-9338

** IF YOU HAVE ANY QUESTIONS, **
** REFER TO THIS INFORMATION: **
NUMBER OF THIS NOTICE: CP-515
DATE OF THIS NOTICE: 05-15-2006
TAXPAYER IDENT. NUM: 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
TAX FORM: 1040 200623
TAX PERIOD: 12-31-2004



WALLACE LOHMANN
750 W 3RD ST
ZUMBROTA MN 55992-1040500

069567



*470340141102*

REQUEST FOR YOUR TAX RETURN

Our records show that we have not received the following tax return(s) from you.
Form Number: 1040
Title: US INDIVIDUAL INCOME TAX RETURN
Tax period(s): 12-31-2004

If you have not filed this tax return, please do the following:
- prepare your tax return,
- sign the return,
- attach your payment for any tax due, and
- we'll bill you for any interest and penalties.

If you cannot pay the entire amount when you file this return do the following:
- send as large a payment as you can, and
- contact us to make arrangements to pay the balance.

If you have already filed this tax return, please do the following:
- send us a copy of it,
- sign it or re-sign it,
- date it, and
- allow 6 to 8 weeks to process your return.

If you are due a refund, you must do the following:
- file within 3 years from the due date of the return, or
- file within 2 years from the date the tax was paid, whichever is later.

If you believe you are not required to file, please tell us why by completing the "Information About Your Tax Return" at the end of this notice.

We will contact you again if the following occurs:
- we need additional information,
- we need clarification of your response, or
- we determine you are required to file.

008163
BOD CD-WI

NUMBER OF THIS NOTICE: CP-515
DATE OF THIS NOTICE: 05-15-2006
TAXPAYER IDENT. NUM: 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
TAX FORM: 1040 200623
TAX PERIOD: 12-31-2004

WALLACE LOHMANN
750 W 3RD ST
ZUMBROTA MN 55992-1040500



069567

"Information About Your Return"

PLEASE COMPLETE AS NECESSARY AND RETURN THIS ENTIRE PAGE

A. If you are not required to file, please complete this section:
My filing status was:
[ ] Single [ ] Head of Household
[ ] Married Filing Jointly [ ] Married Filing Separately
[ ] Qualified Widow(er) With Dependent Child
Check the item(s) that apply to your situation:
[ ] I was 65 or older [ ] Blind
[ ] My spouse was 65 or older [ ] Blind
[ ] I could be claimed as a dependent on another's return

My total income for the tax period shown above was $__________.
Tell us why you are not required to file the tax return listed above:

________________________________________

________________________________________

B. If you have already filed a return, please fill out this section:
Names shown on my tax return (if different than above) are:

________________________________________

My Social Security Number(SSN) shown on the return __________
My spouse's SSN (if you filed a joint return) __________
Form:________ Tax Years:__________ Date filed:__________

C. If your spouse is deceased, complete this section:
Name of deceased spouse ____________________
SSN of this spouse ____________ Date of death __________

D. If you have a credit on this letter, complete this section:
[ ] Refund the credit balance. You must file a return to get a refund of your credit.
[ ] Apply the credit to the tax return, tax year and SSN on this letter. My return is enclosed.
[ ] Apply the credit to another tax return, tax year, and SSN below:
Tax Form:________ Tax Period:________ SSN:__________

Please include your telephone number(s), with your area code and the best time to call you.
TELEPHONE NUMBER (____)________________ HOURS __________
TELEPHONE NUMBER (____)________________ HOURS __________

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the information provided on this form is true, correct, and complete.

____________________________ ____________
Signature Date

IRS Department of the Treasury
Internal Revenue Service
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

CERTIFIED MAIL

7178 2665 9394 5911 3334

Letter Date: 02/07/2006
Taxpayer Identification Number:
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
Contact Person:
DEBRA K. HURST
Employee Identification Number:
12-00JACK
Contact Telephone Number:
(800) 829-7650



WALLACE LOHMANN
750 W 3RD ST
ZUMBROTA, MN 55992-1040

000938

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 01/20/2006

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/2001 | 3462.88 |
| 1040 | 12/31/2002 | 4392.54 |
| 1040 | 12/31/2003 | 1811.68 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights*.

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing*, and mail it to:

Internal Revenue Service
IRS-ACS/CDP, ATTN CDP 1
P.O. BOX 219236, STOP 5027
KANSAS CITY, MO 64121-9420

You must request your hearing by 03/03/2006.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

We'll also release the lien within 30 days after we accept a bond guaranteeing payment of the amount owed or after we adjust your account based on the decision of your requested hearing. We enclosed Publication 1450, *Instructions on how to Request a Certificate of Release of Federal Tax Lien.*

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

Susan A. Hansen

Director, Campus Compliance Operations

Enclosures:
Publication 1, *Your Rights as a Taxpayer*
Publication 1450, *Instructions on How to Request a Certificate of Release of Federal Tax Lien*
Publication 1660, *Collection Appeal Rights*
Form 668-Y (C), *Notice of Federal Tax Lien*
Form 12153, *Request for a Collection Due Process Hearing*

COURT RECORDING DATA

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

Recording Number:
UCC Number :
Liber :
Page :

Area: SMALL BUSINESS/SELF EMPLOYED #4
Lien Unit Phone: (800) 829-3903

IRS Serial Number: 269528506

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
WALLACE LOHMANN

000938

Residence :
750 W 3RD ST
ZUMBROTA, MN 55992-1040

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | 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 | 09/20/2004 | 10/20/2014 | 3462.88 |
| 1040 | 12/31/2002 | 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 | 11/15/2004 | 12/15/2014 | 4392.54 |
| 1040 | 12/31/2003 | 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 | 10/24/2005 | 11/23/2015 | 1811.68 |

Filed at: COUNTY RECORDER
GOODHUE E
RED WING, MN 55066

Total | $ 9667.10

This notice was prepared and executed at ST PAUL, MN
on this, the 20th day of January, 2006.

Authorizing Official:
DEBRA K. HURST

Title:
ACS 12-00-0000